1  ALEXANDER B. CVITAN (SBN 81746),
   Email: alc@rac-law.com
2  J. DAVID SACKMAN (SBN 106703)
   Email: jds@rac-law.com
3  MARSHA M. HAMASAKI (SBN 102720), Members of
   Email: marshah@rac-law.com
4  REICH, ADELL & CVITAN, A Professional Law Corporation
   3550 Wilshire Boulevard, Suite 2000
5  Los Angeles, California 90010-2421
   Telephone: (213) 386-3860, Facsimile: (213) 386-5583
6
7  Attorneys for Plaintiff Construction Laborers Trust
   Funds for Southern California Administrative Co.

8  UNITED STATES DISTRICT COURT

9  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | Case No. 5:19-cv-01616 DSF (KKx)
12 | | Assigned to Hon. Dale S. Fischer
13 | | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUGMENT**
14 | Plaintiff, |
15 | vs. | [Fed.R.Civ.P. 55(b)(2)]
16 | DIGGING DEEP INC., dba CERTIFIED ENVIRONMENTAL SERVICES; KEVIN SCOTT SCHWEIZER, an individual, | DATE: August 17, 2020
17 | | TIME: 1:30 p.m.
   | | COURT: 7D, 1st Street
18
19
20 | Defendants.

21
22
23  **NOTICE IS HEREBY GIVEN** that plaintiff Construction Laborers Trust
24  Funds for Southern California Administrative Company moves for judgment by
25  default against Defendants Digging Deep Inc., dba Certified Environmental Services
26  and Kevin Scott Schweizer.  Plaintiff's motion will be heard at the date and time
27  indicated above in Courtroom 7D of the above-referenced court.  Pursuant to General
28

393653v1                                     -1-

Order 20-08 and the Court's Continuity of Operations Plan ("COOP"), any hearing will be telephonic or video.

Plaintiff moves for Judgment by Default, under Fed. R. Civ. P. 55(b)(2), following the default entered against Employer (Docket No. 18) and Schweizer (Docket No. 19). This Motion is based on: (1) this notice; (2) the concurrently filed memorandum of points and authorities, Proposed Judgment and Declaration of J. David Sackman with exhibits thereto (3) all of the pleadings and other filings in this action; and (4) such further evidence and argument as may be presented at the hearing on the motion.

Since no appearance has been made by any other party, compliance with Local Rule 7-3 is not possible. As described in the Sackman Declaration, all possible notice of this motion has been given, under the circumstances.

DATED: July 20, 2020                REICH, ADELL & CVITAN
                                    A Professional Law Corporation

                                    By:  /s/ J. David Sackman
                                         J. DAVID SACKMAN
                                         Attorneys for Plaintiff