# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br>　　　Plaintiffs,<br><br>　　　　　　v.<br><br>DIGGING DEEP INC., et al.,<br>　　　Defendants. | EDCV 19-1616 DSF (KKx)<br><br><br>JUDGMENT |

　　　The Court having granted a motion for default judgment, IT IS ORDERED AND ADJUDGED as follows:

1. On Claim 1 of the complaint, Plaintiff shall recover $62,131.37, exclusive of attorney's fees and costs, from Defendant Digging Deep Inc.

2. On Claim 3 of the complaint, Plaintiff shall recover $49,565.88, exclusive of attorney's fees and costs, from Defendant Kevin Scott Schweizer.  This amount is joint and several with Defendant Digging Deep Inc. and is not cumulative with the judgment for Claim 1.

3. Plaintiff shall recover attorney's fees on Claim 1 and Claim 3 in the amount of $3,925.49 from Defendants Digging Deep Inc. and Kevin Scott Schweizer, jointly and severally.

4. Claim 2 is dismissed without prejudice.

5. Plaintiff shall recover costs of suit from Defendants as taxed by the Clerk pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 31, 2020

*Dale S. Fischer*

Dale S. Fischer
United States District Judge